IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHERI ROQUET, individually and : 
as parent and natural guardian of : 
Samuel Brown, a minor, : 
:
Plaintiff :
: No. 4:11-cv-01763
v. :
: (Judge Brann)
JAMES KELLY, III, et al., :
:
Defendants. :

**ORDER**

AND NOW, this 9th day of October, 2013, it is hereby ORDERED in accordance with a memorandum of this same date:

1. The motion to dismiss of defendants Harry Mathias, Chad Heintzelman, Thomas Sharrow, Sandra Bennett, Jean Dow, and the Central Columbia School District (June 18, 2012, ECF No. 33) is GRANTED and all counts against these defendants shall be DISMISSED WITHOUT PREJUDICE.

2. The Court declines to exercise supplemental jurisdiction over the claims against defendants James Kelly, III and Tammie L. Kelly.

3. The Kellys's motion to dismiss and strike (July 17, 2012, ECF No.

38) and plaintiff Cheri Roquet's motion for declaratory judgment (Aug. 8, 2012, ECF No. 51) are DENIED AS MOOT.

BY THE COURT:

   s/ Matthew W. Brann   
Matthew W. Brann
United States District Judge